UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK MARINE & GENERAL
INSURANCE COMPANY,

                Plaintiff,

- v.-

AMTRUST NORTH AMERICA, INC.,

                Defendant.

**ORDER**

21 Civ. 3369 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference currently scheduled for September 2, 2021 at 9:45 am. will now take place on **September 2, 2021 at 10:00 a.m.**

Dated: New York, New York
        September 1, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge